IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH M. URIBE AND<br>CHRISTINA D. URIBE<br><br>*Plaintiffs,*<br><br>VS.<br><br>HPC INDUSTRIAL SERVICES, LLC<br>AND GAYLON PRICE<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:24-CV-00089<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before this Court is Plaintiffs' Motion for Remand or Alternative Relief. [Dkt. 4]. Plaintiffs are seeking to remand this case back to state court or, alternatively, voluntarily dismiss this matter without prejudice. After considering the Plaintiffs' motion and reviewing the pleadings on file and all applicable law, the Court grants Plaintiffs' alternative relief requested.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all other pending motions filed herein are **DENIED AS MOOT**.

**SIGNED** this 12th day of April, 2024.

Michael J. Truncale
United States District Judge